# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-5807**   Case Manager: **Ryan E. Orme**

Case Name: **State of Tennessee, et al. v. Department of Education, et al.**

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: _____  Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> This appeal is being taken against plaintiff-appellees the State of Tennessee, the State of Alabama, the State of Alaska, the State of Arkansas, the State of Georgia, the State of Idaho, the State of Indiana, the State of Kansas, the Commonwealth of Kentucky, the State of Louisiana, the State of Mississippi, the State of Missouri, the State of Montana, the State of Nebraska, the State of Ohio, the State of Oklahoma, the State of South Carolina, the State of South Dakota, and the State of West Virginia.  On appeal, defendant-appellants propose to challenge the district court's decision to grant a preliminary injunction, including the court's holdings that it had jurisdiction, that plaintiffs' claims are reviewable, and that plaintiffs satisfied the necessary prerequisites for preliminary injunctive relief.

This is to certify that a copy of this statement was served on opposing counsel of record this **27th** day of **September**, **2022**.

**Jack Starcher**
Name of Counsel for Appellant

6CA 53
Rev. 6/08