# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 28, 2022

Ms. Courtney E. Albini
Mr. Matthew Scott Bowman
Mr. John J. Bursch
Mr. Steven James Griffin
Mr. Clark Lassiter Hildabrand
Mr. Charles W Scarborough
Mr. Jack Starcher

Re:  Case No. 22-5807, *State of Tennessee, et al v. Department of Education, et al*
Originating Case No. : 3:21-cv-00308

Dear Counsel,

The Intervenor's motion for an extension of time to file the principal brief has been GRANTED.

The briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates. Counsel are strongly encouraged to read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

| | |
|---|---|
| Appellant's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a)) | Filed electronically by<br>**December 15, 2022** |
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a)) | Filed electronically by **January 17, 2023** |
| Intervenor's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a)) | Filed electronically by **January 24, 2023** |

**Appellant's Reply Brief** - If multiple appellee briefs are filed,
only one reply brief may be filed by appellants represented by the same attorney.  The reply brief is due no later than **21** days after the last appellee brief is filed.  See Fed. R. App. P. 26(c)

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079