UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-5807**

Case Title: **State of Tennessee, et al.** vs. **Department of Education, et al.**

List all clients you represent in this appeal:

**Association of Christian Schools International and A.F., a minor, by Sara Ford, her mother.**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☑ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jonathan A. Scruggs**     Signature: s/ **Jonathan A. Scruggs**

Firm Name: **Alliance Defending Freedom**

Business Address: **15100 N. 90th Street**

City/State/Zip: **Scottsdale, AZ 85260**

Telephone Number (Area Code): **(480) 444-0020**

Email Address: **jscruggs@adflegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---