## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 26, 2023

Ms. Courtney E. Albini
Mr. Matthew Scott Bowman
Mr. John J. Bursch
Mr. Steven James Griffin
Mr. Clark Lassiter Hildabrand
Mr. Anthony R. Napolitano
Mr. David Peters
Mr. Charles W Scarborough
Mr. Jonathan Andrew Scruggs
Mr. Jack Starcher

Re:　Case No. 22-5807, *State of Tennessee, et al v. Department of Education, et al*
　　Originating Case No. : 3:21-cv-00308

Dear Counsel,

　The case caption erroneously listed two intervenors who are not a part of this appeal. An amended case caption is attached. Please use the amended caption in all future filings.

　　　　　　　Sincerely yours,

　　　　　　　s/Ryan E. Orme
　　　　　　　Case Manager
　　　　　　　Direct Dial No. 513-564-7079

cc:　Mr. Timothy Belz
　　Mr. Brian Jeffrey Bilford
　　Mr. Joshua A. Block
　　Ms. Keira McNett

Enclosure

# AMENDED OFFICIAL COURT OF APPEALS CAPTION FOR 22-5807

STATE OF TENNESSEE; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF WEST VIRGINIA

      Plaintiffs - Appellees

ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; A.F., a minor, by Sara Ford, her mother

      Intervenors - Appellees

v.

DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of Education; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS, in her official capacity as Chair of the Equal Employment Opportunity Commission; U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, U.S. Attorney General, in his official capacity as Attorney General of the United States; KRISTEN CLARKE, in her official capacity as Assistant Attorney General for Civil Rights at the United States Department of Justice

      Defendants - Appellants