## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limits because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this brief contains 6,373 words.

2. This brief complies with the typeface and style requirements because this brief has been prepared in a proportionally spaced typeface using Times New Roman font, size 14-point, in Microsoft Word.

Dated: January 30, 2023　　　　　/s/Gary M. Lawkowski
*Counsel for amicus curiae Defense of Freedom Institute for Policy Studies, Inc.*