## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2023, I filed the foregoing Brief with the Clerk of the Court using the CMF/ECF system, which will automatically serve electronic copies upon all counsel of record.

Dated: January 30, 2023 /s/Gary M. Lawkowski
*Counsel for amicus curiae Defense of Freedom Institute for Policy Studies, Inc.*