# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-5807

2. Case Caption (Short Title): State of Tennessee, et al. v. Department of Education, et al.

3. Argument is scheduled for 9:00 a.m. on Wednesday, April 26, 2023, and will be held:
   - [✓] Live (In Person)
   - [ ] by Video
   - [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, Clark Lassiter Hildabrand, will be presenting argument on behalf of:
   - [ ] Appellant / Petitioner
   - [ ] Amicus Curiae
   - [ ] Other (please specify below):
   - [✓] Appellee / Respondent
   - [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): States of TN, AL, AK, AR, GA, ID, IN, KS, KY, LA, MS, MO, MT, NE, OH, OK, SC, SD, and WV (all Plaintiffs-Appellees other than State of Arizona)

6. Minutes reserved for rebuttal, if applicable: n/a (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:
   A. Number of attorneys sharing time: 2     B. Total number of minutes to be shared: 15
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): 1st     D. Your assigned minutes: 10

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on March 7, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Clark Lassiter Hildabrand

---

*Click here to see a completed example of this form.*