# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __22-5807_____

2. Case Caption (Short Title): __Tennessee v. U.S. Dep't of Education_____

3. Argument is scheduled for __9:00_____ on __April 26, 2023_____ and will be held:

   ☑ Live (In Person)       ☐ by Video       ☐ by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, __David L. Peters_____, will be presenting argument on behalf of:

   ☑ Appellant / Petitioner       ☐ Amicus Curiae       ☐ Other (please specify below):
   ☐ Appellee / Respondent       ☐ Intervenor       _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): U.S. Department of Education; Miguel Cardona, in his official capacity as Secretary of Education; Equal Employment Opportunity Commission; Charlotte A. Burrows, in her official capacity as Chair of the Equal Employment

6. Minutes reserved for rebuttal, if applicable: __5_____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____   B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____   D. Your assigned minutes: _____

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on __March 8, 2023_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __David L. Peters_____

*Click here to see a completed example of this form.*