**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

DEBORAH S. HUNT
CLERK

TELEPHONE
(513) 564-7000

April 10, 2023

Mr. David Peters
Mr. Charles W. Scarborough
Mr. Jack Starcher
Mr. Clark Lassiter Hildabrand
Mr. Steven James Griffin
Mr. Anthony, R. Napolitano
Ms. Courtney E. Albini
Mr. Matthew Scott Bowman
Mr. John J. Bursch
Mr. Jonathan Andrew Scruggs

Re:   *State of Tennessee, et al. v. Dept. of Education, et al.*
      Appellate Case No. 22-5807

Dear Counsel,

I write at the direction of the panel assigned to your case.  The panel requests that the parties file supplemental letter briefs, not to exceed 10 pages, on the following:

- How, if at all, the Department of Education's 2022 proposed Title IX regulations, published at 87 Fed. Reg. 41390, affect this case.

- How, if at all, the proposed Title IX regulations issued by the Department on April 6, 2023, affect this case.  https://www2.ed.gov/about/offices/list/ocr/docs/t9-ath-nprm.pdf

Please submit the briefs no later than 5:00 p.m. EDT on Wednesday, April 19, 2023.

Thank you in advance for your cooperation with this request.

Sincerely,

Deborah S. Hunt, Clerk
Sixth Circuit Court of Appeals