607 - 6th Floor West Courtroom, 9:00 A.M.          Wednesday, April 26, 2023

**Boggs, Larsen, Nalbandian**

**22-5807**    **State of Tennessee, et al. v. Department of Education, et al.**

| | | |
|---|---|---|
| State of Tennessee, et al. | ret | Clark Lassiter Hildabrand |
| | | *Arguing 1st – 10 Minutes* |
| **Plaintiffs - Appellees** | | |
| Association of Christian Schools International, et al. | ret | Matthew Scott Bowman |
| | | *Arguing 2nd – 5 Minutes* |
| **Intervenors - Appellees** | | |

**V.**

| | | |
|---|---|---|
| Department of Education, et al. | gvt | David Peters |
| | | *5 Minutes Rebuttal* |
| **Defendants - Appellants** | | |

*Karen Fultz, Courtroom Deputy*

Defendant appeals the preliminary enjoinment of guidance documents from the Department of Education, Department of Justice, and Equal Employment Opportunity Commission interpreting a Supreme Court decision as it relates to certain provisions under Title VII and Title IX. (15 Minutes for Appellants; 15 Minutes to be Shared by Appellees)