**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  June 14, 2024

Mr. James A. Barta
Office of the Attorney General of Indiana
302 Washington Street
Indiana Government Center South 5th Floor
Indianapolis, IN 46204

Mr. Timothy Belz
Ottsen Leggat & Belz
112 S. Hanley Road
Suite 200
St. Louis, MO 63105

Mr. Brian Jeffrey Bilford
California Department of Justice
Division of Public Rights, Civil Rights Enforcement Section
300 S. Spring Street
Los Angeles, CA 90013

Mr. Joshua A. Block
American Civil Liberties Union
Reproductive Freedom Unit
125 Broad Street
18th Floor
New York, NY 10004

Ms. Lauren Adams Bone
Adams Bone Law
4751 N. Hollywood Avenue
Whitefish Bay, WI 53211

Mr. Matthew Scott Bowman
Alliance Defending Freedom
440 First Street, N.W.
Suite 600
Washington, DC 20001

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, N.W.
Suite 600
Washington, DC 20001

Mr. Talmadge Butts
Foundation for Moral Law
Senior Counsel
1 Dexter Avenue
Montgomery, AL 36104

Ms. Sarah Nicole Christensen
Office of the Attorney General
of Kentucky
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601

Ms. Deborah Jane Dewart
Law Office
111 Magnolia Lane
Hubert, NC 28539

Mr. Steven James Griffin
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Mr. Clark Lassiter Hildabrand
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Mr. Peter N. Kirsanow
Benesch, Friedlander, Coplan & Aronoff
127 Public Square
Suite 4900
Cleveland, OH 44114

Mr. Gary Lawkowski
Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Ms. Keira McNett
National Education Association
1201 16th Street, N.W.
Washington DC, DC 20036

Mr. Christopher Ernest Mills
Spero Law
557 E. Bay Street
Suite 22251
Charleston, SC 29413

Mr. Kerry Lee Morgan
Pentiuk, Couvreur & Kobiljak
2915 Biddle Avenue
Suite 200
Wyandotte, MI 48192

Mr. Anthony R. Napolitano
Bergin, Frakes, Smalley & Oberholtzer
4343 E. Camelback Road
Suite 210
Phoenix, AZ 85018

Ms. Celia Howard O'Leary
Southeastern Legal Foundation
560 W. Crossville Road
Suite 104
Roswell, GA 30075

Mr. William Jeffrey Olson
370 Maple Avenue, W., Suite 4
Vienna, VA 22180-5615

Mr. David Peters
Mr. Charles W Scarborough
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.,
Room 7513
Washington, DC 20530

Mr. Jonathan Andrew Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

Mr. Jack Starcher
Department of Justice
Computer Crime and Intellectual Property Section
950 Pennsylvania Avenue, N.W.
7515
Washington, DC 20530

Mr. William E. Trachman
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

Mr. Ryan Daniel Walters
Office of the Attorney General
of Texas
209 W. 14th Street
Seventh Floor
Austin, TX 78701

Mr. Michael Ray Williams
Office of the Attorney General
of West Virginia
1900 Kanawha Boulevard, E.
Building 1, Room 26E
Charleston, WV 25305

                    Re:  Case No. 22-5807, *State of Tennessee, et al v. Department of Education, et al*
                         Originating Case No. : 3:21-cv-00308

Dear Counsel,

   The court today announced its decision in the above-styled case.

   Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                        Yours very truly,

                                        Kelly L. Stephens, Clerk


                                        Cathryn Lovely
                                        Deputy Clerk

cc: Ms. LeAnna Wilson

Enclosures

Mandate to issue.